Todd M. Friedman (216752)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENATA KING**, | ) Case No. 2:15-cv-04043-CAS-PJW |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **HARRIS & HARRIS, LTD**, | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled.

Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 22nd day of October, 2015.
By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

**NOTICE OF SETTLEMENT**
-1-

1  Filed electronically on this 22nd day of October, 2015, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system to:

5  Honorable Christina A. Snyder
   United States District Court
6  Central District of California

7

8
   Aji N Abiedu
9  Hinshaw and Culbertson LLP

10
   Justin M Penn
11 Hinshaw and Culbertson LLP

12

13 This 22nd day of October, 2015.

14
15 s/Todd M. Friedman
   Todd M. Friedman
16