Justin M. Penn (SBN 302350)
jpenn@hinshawlaw.com
Aji N. Abiedu (SBN 282794)
aabiedu@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant HARRIS & HARRIS, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATA KING,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HARRIS & HARRIS, LTD.,<br><br>　　　　　Defendant. | Case No. 2:15-cv-04043-CAS-PJW<br><br>(Assigned to the Honorable Christina A. Soyder Courtroom "5, 2nd Floor")<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Removal Filed:  May 28, 2015 |

Plaintiff RENATA KING and Defendant HARRIS & HARRIS, LTD. hereby stipulate to the dismissal of the above-captioned civil action with prejudice, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1). In support of their stipulation, Plaintiff and Defendant state as follows:

1. Plaintiff and Defendant have resolved the claims between them;

2. Defendant does not admit the validity of Plaintiff's claims in this action or any liability arising from this action, and this stipulation is not a finding or determination of liability on the part of Defendant;

3. Plaintiff agrees to initiate no further actions or proceedings for damages or any other legal or equitable remedies against Defendant arising from or relating to any of the facts or contentions underlying this action;

1     4.    Plaintiff hereby releases and discharges Defendant from any and all claims arising out of or relating to any of the facts or contentions underlying this action;

    5.    Each party shall bear its own costs and attorney's fees.

IT IS SO STIPULATED:

DATED: January 20, 2016    HINSHAW & CULBERTSON LLP

By: *s/Aji N. Abiedu*
    Aji N. Abiedu
    Attorneys for Defendant HARRIS & HARRIS, LTD.

DATED: January 20, 2016    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: *s/Todd M. Friedman*
    Todd M. Friedman
    Attorneys for Plaintiff RENATA KING

# CERTIFICATE OF SERVICE

### *Renata King v. Harris & Harris, LTD.*

### Case No. 2:15-cv-04043-CAS-PJW

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Los Angeles, California 90025.

On **January 20, 2016**, I served the document(s) entitled, **STIPULATION OF DISMISSAL WITH PREJUDICE**, on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☐ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL)**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on January 20, 2016, at Los Angeles, California.

                         *s/Claudia Rodriguez*
                         Claudia Rodriguez

# SERVICE LIST

*Renata King v. Harris & Harris, LTD.*

**Case No. 2:15-cv-04043-CAS-PJW**

| | |
|---|---|
| Todd Friedman (SBN 216752)<br>Adrian R. Bacon (SBN 280332)<br>LAW OFFICES OF TODD M. FRIEDMAN<br>324 S. Beverly Drive, Suite 725<br>Beverly Hills, CA 90212<br>Phone:  (877) 206-4741<br>Facsimile:  (866) 633-0228<br>Emails:<br>tfriedman@attorneysforconsumers.com;<br>abacon@attorneysforconsumers.com | Attorneys for Plaintiff RENATA KING |

1
SERVICE LIST

31632218v1 0972645